IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION

|  |  |  |
|---|---|---|
| RACHEL ELIZABETH JETEL | ) ) ) | |
| Petitioner, | ) ) | |
| vs. | ) ) | No. 3:25-cv-50329 |
| JAMES JOHN JETEL | ) ) ) | |
| Respondent. | ) ) | |

**MOTION TO ALLOW NEW YORK COUNSEL TO APPEAR
TELEPHONICALLY OR, IN THE ALTERNATIVE PERMIT
ALTERNATE COUNSEL OF RECORD TO APPEAR**

Petitioner, Rachel Elizabeth Jetel, through her undersigned counsel, respectfully seeks an order permitting her New York based counsel to appear remotely on August 26, 2025 or, in the alternative, to allow alternate counsel to appear on said date as follows:

    1.    Petitioner's New York based counsel Mr. Richard Min of Green Kaminer Min & Rockmore LLP, is currently on vacation with his family, and will remain on said vacation through the next week.

    2.    On August 20, 2025, this Court entered a minute order directing that "[a]ll counsel of record must appear in person for the status" scheduled for August 26, 2025. [ECF No. 22].

    3.    Appearing in person on short notice would impose a hardship on Mr. Min. Mr. Min will be able to appear virtually, and, if directed, will of course comply with this Court's order and appear in person.

4. However, on August 21, 2025, Mr. Min's partner, Mr. Banuchis, began the process of filing an application to appear *pro hac vice* on behalf of Petitioner, which application will be filed as expeditiously as possible. Mr. Banuchis is available to appear in person should the Court so direct in lieu of Mr. Min's appearance in person.[1]

5. The undersigned counsel will appear, as directed, on August 26, 2025 and is fully prepared to address all matters before the Court at that time.

6. On August 20, 2025 and again on August 21, 2025, Mr. Banuchis emailed Respondent's counsel to ask if they opposed this motion. As of this filing they have not responded.

**WHEREFORE**, Petitioner respectfully requests that this Court either (i) permit attorney Richard Min to appear remotely or, alternatively, (ii) allow Mr. Bachunis to appear in his stead on August 26, 2025.

Respectfully submitted,

/s/ *Matthew D. Elster*
**BEERMANN LLP**
Attorneys for Petitioner
161 North Clark Street, Suite 3000
Chicago, IL 60601
(312) 621-9700
mdelster@beermannlaw.com

---

[1] Further, Petitioner lives and works in London. While not ordered to appear in person, should her presence be required on August 26, 2025, she respectfully requests the ability to appear virtually or telephonically on that date.

2

## CERTIFICATE OF SERVICE

    I hereby certify that on this 21st day of August, 2025, a copy of the foregoing Motion was filed via the court's CM/ECF system, which will send electronic notice to all parties of record who have appeared in this case.

                                                        /s/ *Matthew D. Elster*